The People of the State of New York, Respondent, *v.* George Smith, Appellant.

Argued January 14, 1884; decided January 22, 1884.)

*John D. Townsend* for appellant.

*John Vincent* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

Henry Chamberlin, Respondent, *v.* Harriet A. Brady et al., as Executors, etc., Appellants.

(Argued January 16, 1884; decided January 29, 1884.)

*George H. Foster* for appellants.

*Edwin B. Smith* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

George Whiting et al., Appellants, *v.* Joachim Lebenheim et al., Respondents

(Argued January 16, 1884; decided January 29, 1884.)

*A. Blumenstiel* for appellants.

*John M. Carroll* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.